# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 1127 | **DATE** | 12/6/2012 |
| **CASE TITLE** | Ryan Miller (R-58096) vs. Leslie Turner, et al. | | |

**DOCKET ENTRY TEXT**

The trust fund officer at Plaintiff's place of confinement is ordered to collect the initial partial filing fee of $2.28 and, once the amount is collected, to immediately transfer the funds to the Clerk of the Court of the United States District Court for the Northern District of Illinois at 219 S. Dearborn St., Chicago, Illinois 60604, attn: Cashier's Desk, 20th Floor. The Clerk of this court is directed to serve or forward a copy of this order to the trust fund officer at Plaintiff's place of confinement. In addition, the Clerk of this court should notify this court when such amount is collected. Pursuant to the Seventh Circuit's order, Plaintiff may not proceed in this case until the initial partial filing fee has been paid.

■[ For further details see text below.]   Docketing to mail notices.

# STATEMENT

Pursuant to the Seventh Circuit's order, this court will assess an initial partial filing fee in this case for Plaintiff Ryan Miller (Miller). The court notes that in addition to the instant action, Miller also has a pending action in case number 11 C 2151. Pursuant to 28 U.S.C. § 1915, a "prisoner [that] brings a civil action or files an appeal in forma pauperis, . . . shall be required to pay the full amount of a filing fee." 28 U.S.C. § 1915. A court must "assess and, when funds exist, collect, as a partial payment of any court fees required by law, an initial partial filing fee of 20 percent of the greater of–(A) the average monthly deposits to the prisoner's account; or (B) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint or notice of appeal." *Id.* The prison trust account statement filed by Miller in this case indicates that his average monthly deposit was negative $52.57. The average monthly balance during that period was approximately $11.43. Therefore, the initial partial filing fee will be 20 percent of $11.43, which is $2.28.

The trust fund officer at Miller's place of confinement is ordered to collect the initial partial filing fee of $2.28 and, once the amount is collected, to immediately transfer the funds to the Clerk of the Court of the

| **STATEMENT** |
|---|

United States District Court for the Northern District of Illinois at 219 S. Dearborn St., Chicago, Illinois 60604, attn: Cashier's Desk, 20th Floor. The Clerk of this court is directed to serve or forward a copy of this order to the trust fund officer at Miller's place of confinement. In addition, the Clerk of this court should notify this court when such amount is collected. Pursuant to the Seventh Circuit's order, Miller may not proceed in this case until the initial partial filing fee has been paid.

After payment of the initial partial filing fee, the trust fund officer at Miller's place of confinement is directed to collect monthly payments from Miller's trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from Miller's trust fund account shall be forwarded to the Clerk of Court each time the amount in the account exceeds $10 until the full $350 is paid. All payments shall be sent to the Clerk of the Court of the United States District Court for the Northern District of Illinois at 219 S. Dearborn St., Chicago, Illinois 60604, attn: Cashier's Desk, 20th Floor, and shall clearly identify Miller's name and case number assigned to this action. The trust fund officer at Miller's place of confinement shall notify transferee authorities of any outstanding balance in the event Miller is transferred from the jail to another correctional facility.